Alec H. Boyd (SBN 161325)
CLYDE & CO US LLP
150 California Street, 15th Floor
San Francisco, CA 94111
Telephone: (415) 365-9800
Facsimile: (415) 365-9801
Email: alec.boyd@clydeco.us

Joseph A. Bailey III (admitted pro hac vice)
CLYDE & CO US LLP
1775 Pennsylvania Avenue NW, Suite 400
Washington, DC 20006
Telephone: (202) 747-5100
Facsimile: (202) 747-5150
Email: joseph.bailey@clydeco.us

Attorneys for Defendant
U.S. SPECIALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| PETER KLEIDMAN,<br><br>      Plaintiff,<br><br>    v.<br><br>JONATHAN GASKIN; et al.<br><br>      Defendants. | Case No. 4:22-cv-06355-HSG<br><br>**STIPULATION AND ORDER FOR BRIEFING SCHEDULE ON U.S. SPECIALTY'S MOTION FOR SANCTIONS PURSUANT TO RULE 11 AND TO CONTINUE HEARING ON SAME MOTION UNTIL JUNE 22, 2023 (as modified)**<br><br>Complaint Filed: October 21, 2022 |

Pursuant to Civil Local Rule 6-2, by and through their respective attorneys of record, Plaintiff PETER KLEIDMAN ("Plaintiff") and Defendants JONATHAN GASKIN, BERNIE MURPHY, MICHAEL MAIDY, TIMOTHY COX, MARTIN PICHINSON, SHERWOOD PARTNERS, INC, U.S. SPECIALTY INSURANCE COMPANY and LESLIE QUIST (the "Initial Defendants"), hereby stipulate and request that the Court enter a briefing schedule on U.S. Specialty's Motion for Sanctions Pursuant to Rule 11 (ECF No. 60), and continue the hearing on the same motion by seven (7) days until June 22, 2023, as follows:

# STIPULATION

WHEREAS, on March 20, 2023, Defendant U.S. Specialty filed its Motion for Sanctions Pursuant to Rule 11 (ECF No. 60);

WHEREAS, under the current briefing schedule for that Motion, plaintiff's opposition is due by April 3, 2023 and any reply in support is due by April 10, 2023 (ECF No. 62);

WHEREAS, the parties conferred regarding this briefing schedule, and plaintiff Kleidman advised that he has two briefs due in the United States Court of Appeals for the Ninth Circuit in early April and requested that the parties stipulate that his opposition to the Motion be due on April 24 and the Initial Defendants' reply would be due on May 15;

WHEREAS, the only other extensions of time in this case were the stipulated extensions of the deadline for Initial Defendants to answer, move or otherwise respond to the Complaint (ECF Nos. 19, 21), an extension of time for Plaintiff to respond to the motion requesting that he be declared a vexatious litigant (ECF No. 41), and the stipulated extension of the deadline for the Initial Defendants to respond to the First Amended Complaint (ECF No. 54);

WHEREAS, the above requested extension would not affect the current June 15 hearing date on the Motion or any other dates in this case;

WHEREAS, the Motion for Sanctions substantially overlaps with Defendants' Motion to Declare Peter Kleidman a Vexatious Litigant (ECF Nos. 25, 28, 37, 57), which is set for hearing on June 22, 2023;

WHEREAS, the parties agree that the Motion for Sanctions and Vexatious Litigant Motion should be heard on the same day, on either June 22, 2023 (which was listed as a closed hearing date when U.S. Specialty filed the Motion for Sanctions) or alternatively on June 15, 2023;

NOW, THEREFORE, based on the foregoing, the parties hereby stipulate and move the Court for an order extending the deadline for Plaintiff to respond to the Motion by twenty-one days (21) days, to April 24, 2023; extending Defendants' deadline to reply to Plaintiff's opposition by fourteen (14) days to May 15, 2023 (for a total of 35 days); and either continuing the hearing on the Motion for Sanctions until June 22, 2023 or alternatively re-scheduling the hearing on the Vexatious Litigant Motion for June 15, 2023.

**IT IS SO STIPULATED, SUBJECT TO COURT APPROVAL.**

Dated: March 22, 2023                                   Respectfully submitted,

                                                        By: /s/ Joseph A. Bailey III
                                                        Alec H. Boyd
                                                        Joseph A. Bailey III (admitted pro hac vice)[1]
                                                        CLYDE & CO US LLP

                                                        *Attorneys for Defendant*
                                                        *U.S. Specialty Insurance Company*

Dated: March 22, 2023                                   /s/ Peter Kleidman
                                                        Peter Kleidman
                                                        IN PRO PER

                                                        *Plaintiff*

Dated: March 22, 2023                                   /s/ Steve Kaufhold
                                                        Steve Kaufhold
                                                        KAUFHOLD GASKIN GALLAGHER LLP

                                                        *Attorney for Defendant Jonathan Gaskin*

Dated: March 22, 2023                                   /s/ Alan Martini
                                                        Alan Martini
                                                        SHEUERMAN, MARTINI, TABARI, ZENERE & GARVIN, P.C.

                                                        *Attorney for Defendant Leslie Quist*

Dated: March 22, 2023                                   /s/ Matthew J. Olson
                                                        Matthew J. Olson
                                                        DORSEY & WHITNEY LLP

                                                        *Attorney for Sherwood Partners, LLC; Bernie Murphy; Martin Pichinson; Michael Maidy; Timothy Cox*

---

[1] Pursuant to Civil Local Rule 5-1, the filing attorney certifies that he or she has on file original signatures (in the form of email authorizations) for any signatures indicated only with a conformed signature.

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.** The hearing on the vexatious litigant motion will be held on June 15, 2023 at 2:00 p.m. in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA to be held along with the hearing on the motion for sanctions.

DATED: 3/22/2023

_____
The Honorable Haywood S. Gilliam, Jr.
United States District Judge

CLYDE & CO US LLP
150 California Street, 15th Floor
San Francisco, California 94111
Telephone: (415) 365-9800

4                                Case No. 4:22-cv-06355-HSG
STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE AND CONTINUE HEARING