David Rhodes, State Bar No. 214493
CLYDE & CO US LLP
150 California Street, 15th Floor
San Francisco, CA 94111
Telephone: (415) 365-9800
Facsimile: (415) 365-9801
Email: david.rhodes@clydeco.us

Joseph A. Bailey III (admitted *pro hac vice*)
WERNER AHARI MANGEL LLP
800 Connecticut Avenue NW, Suite 300
Washington, DC 20006
Telephone: (202) 599-1052
Email: jbailey@wam.law

Attorneys for Defendant
U.S. SPECIALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER KLEIDMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JONATHAN GASKIN; et al.<br><br>　　　　Defendants. | Case No. 4:22-cv-06355-HSG<br><br>**STIPULATION AND ORDER REGARDING HEARING ON MOTION TO DISMISS, MOTION FOR SANCTIONS, AND VEXATIOUS LITIGANT MOTION**<br><br>Hon. Haywood S. Gilliam, Jr. |

Pursuant to Civil Local Rule 7-1(b), respectively by and through Plaintiff *pro se* and Defendants' attorneys of record, Plaintiff PETER KLEIDMAN ("Plaintiff") and Defendants JONATHAN GASKIN, BERNIE MURPHY, MICHAEL MAIDY, TIMOTHY COX, MARTIN PICHINSON, SHERWOOD PARTNERS, INC, U.S. SPECIALTY INSURANCE COMPANY and LESLIE QUIST (the "Initial Defendants"), hereby stipulate and request that U.S. Specialty's Motion to Dismiss [D.E. 69], Motion for Sanctions Pursuant to Fed. R. Civ. P. 11 [D.E. 60], and Motion to Declare Peter Kleidman a Vexatious Litigant [D.E. 25], and the other Initial Defendants' Joinders thereto, be decided on the papers without oral argument, unless the Court concludes that oral argument would be helpful to the resolution of one or more of the same motions.

NOW, THEREFORE, based on the foregoing, the parties hereby stipulate and move the Court for an order holding that the above-referenced motions will be determined without oral argument, on the papers, such that the June 15, 2023 hearing will not be going forward as noticed.

**IT IS SO STIPULATED, SUBJECT TO COURT APPROVAL.**

Dated: June 1, 2023				Respectfully submitted,

By: /s/ Joseph A. Bailey III
Joseph A. Bailey III (admitted pro hac vice)[1]
WERNER AHARI MANGEL LLP

David Rhodes
CLYDE & CO US LLP

Attorneys for Defendant
U.S. SPECIALTY INSURANCE COMPANY

Dated: June 1, 2023				/s/ Peter Kleidman
Peter Kleidman
IN PRO PER

Plaintiff

Dated: June 1, 2023				/s/ Steve Kaufhold
Steve Kaufhold
KAUFHOLD GASKIN GALLAGHER LLP

Attorney for Defendant JONATHAN GASKIN

Dated: June 1, 2023				/s/ Alan Martini
Alan Martini
SHEUERMAN, MARTINI, TABARI, ZENERE & GARVIN, P.C.

Attorney for Defendant LESLIE QUIST

Dated: June 1, 2023				/s/ Matthew J. Olson
Matthew J. Olson
DORSEY & WHITNEY LLP

Attorney for SHERWOOD PARTNERS, LLC; BERNIE MURPHY; MARTIN PICHINSON; MICHAEL MAIDY; TIMOTHY COX

---

[1] Pursuant to Civil Local Rule 5-1, the filing attorney certifies that he or she has on file original signatures (in the form of email authorizations) for any signatures indicated only with a conformed signature.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

DATED: 6/5/2023

_____
The Honorable Haywood S. Gilliam Jr.
United States District Judge