| | |
|---|---|
| 1 | ROB BONTA<br>Attorney General of California |
| 2 | P. PATTY LI<br>Supervising Deputy Attorney General |
| 3 | MEGAN A.S. RICHARDS<br>Deputy Attorney General |
| 4 | State Bar No. 281307<br> 1300 I Street, Suite 125 |
| 5 |  P.O. Box 944255<br> Sacramento, CA 94244-2550 |
| 6 |  Telephone: (916) 210-7739<br> Fax: (916) 324-8835 |
| 7 |  E-mail: Megan.Richards@doj.ca.gov<br>*Attorneys for Defendants Patricia Guerrero, Chief* |
| 8 | *Justice of California; Elwood G. Lui, Administrative Presiding Justice of the California Court of Appeal,* |
| 9 | *Second Appellate District; and Mary J. Greenwood, Administrative Presiding Justice of the California* |
| 10 | *Court of Appeal, Sixth Appellate District* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PETER KLEIDMAN,**<br><br>                           Plaintiff,<br><br>v.<br><br>**JONATHAN GASKIN, et al.,**<br><br>                           Defendants. | 4:22-cv-06355-HSG<br><br>**STIPULATION TO SET BRIEFING SCHEDULE REGARDING MOTION TO DISMISS BY JUDICIAL DEFENDANTS (DOC 101)**; ORDER<br><br>Date:       September 7, 2023<br>Time:       2:00 p.m.<br>Dept:       2<br>Judge:     The Honorable Haywood S. Gilliam, Jr. |

Pursuant to Local Rules 6-1(b) and 7-12, Plaintiff Peter Kleidman, *in pro per*, and Defendants Patricia Guerrero, Chief Justice of California; Elwood G. Lui, Administrative Presiding Justice of the California Court of Appeal, Second Appellate District; and Mary J. Greenwood, Administrative Presiding Justice of the California Court of Appeal, Sixth Appellate District (the "Judicial Defendants"), by and through their counsel in this matter, Deputy Attorney General Megan A.S. Richards, enter into this stipulation to change the time for the parties to

1

submit briefing in response to the Judicial Defendants' Motion to Dismiss. The parties agree as follows:

    The Judicial Defendants filed a Motion to Dismiss on June 6, 2023 (Doc. 101), and set the matter for hearing on September 7, 2023, at 2:00 p.m.

    By local rule, Plaintiff's Opposition is due June 20, 2023.

    The Motion to Dismiss raises numerous legal issues to which Plaintiff will need to respond. The motion seeks to dismiss the complaint on several grounds, including lack of Article III standing, Eleventh Amendment sovereign immunity and judicial immunity, the *Rooker-Feldman* doctrine, and failure to state a claim. The failure to state a claim arguments involve several different constitutional claims. The parties agree that the two week time period allowed for Plaintiff to respond under the local rule does not afford the Plaintiff sufficient time to research the issues and write a brief to submit to the Court.

    Counsel for Judicial Defendants also has a conflict with the current briefing schedule. An opposition filed on the due date of June 20, 2023 would make the Judicial Defendant's reply due one week later, June 27, 2023. Counsel for the Judicial Defendants has a pre-paid family vacation June 16 through June 23, 2023, which would substantially overlap with the one week available in which to draft a reply brief.

    Accordingly, the parties stipulate to the following deadlines:

    Plaintiff's Opposition Brief:    July 18, 2023

    Defendants' Reply Brief:    August 11, 2023

    The parties believe this briefing schedule is compatible with the noticed hearing date of September 7, 2023 and will afford the parties sufficient time to adequately brief the issues for the Court.

    In this case, the Judicial Defendants waived service of the First Amended Complaint under Rule 12, which afforded them additional time with which to respond to the complaint. Otherwise, as between the Judicial Defendants and the Plaintiff, the parties have not sought any previous time modifications in the case.

Plaintiff has entered into stipulations with other Defendants in this case modifying briefing schedules related to the other Defendants' Motions to Dismiss, which the Court approved. *See* Doc. 81. Plaintiff and the other defendants in this case have also stipulated regarding the time to respond to the complaint and First Amended Complaint (Docs. 19, 21, 47), the time to respond to motions (Doc. 40, 65, 80), and to move the date of a Case Management Conference (Doc. 20).

IT IS SO STIPULATED.

Dated: June 12, 2023

By _____
Peter Kleidman
IN PRO PER

Dated: June 12, 2023

ROB BONTA
Attorney General of California

By _____
MEGAN A.S. RICHARDS
Deputy Attorney General
*Attorneys for Defendants
Patricia Guerrero, Chief Justice of California;
Elwood G. Lui, Administrative Presiding
Justice of the California Court of Appeal,
Second Appellate District; and Mary J.
Greenwood, Administrative Presiding Justice
of the California Court of Appeal, Sixth
Appellate District*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____6/12/2023_____

_____
HON. HAYWOOD S. GILLIAM, JR.
Judge for the United States District Court,
Northern District of California