Peter Kleidman, Plaintiff in pro se
680 E. Main St, #506
Stamford CT 06901
Telephone: 971 217 7819
Facsimile: 971 228 6000
Email: kleidman11@gmail.com

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| Peter Kleidman,<br><br>　　　　　Plaintiff<br><br>　vs.<br><br>Jonathan Gaskin, et al.,<br><br>　　　　　Defendants | Case No.: 4:22-cv-06355-HSG<br><br>STIPULATED REQUEST TO AMEND BRIEFING SCHEDULE REGARDING MOTION TO DISMISS BY JUDICIAL DEFENDANTS (DOC #101);<br>DECLARATION OF PETER KLEIDMAN;<br>ORDER |

## STIPULATION

Plaintiff and Chief Justice Patricia Guerrero, Administrative Presiding Elwood G. Lui, Justice and Administrative Presiding Justice Mary J. Greenwood ("Judicial Defendants") hereby stipulate to the following amended briefing schedule in connection with the Judicial Defendants' Motion to Dismiss. Dkt. #101

　　Plaintiff's opposition shall be due on July 20, 2023.

　　Defendants reply shall be due on August 14, 2023.

IT IS SO STIPULATED.

Dated: July 17, 2023

Respectfully,
Peter Kleidman[1]
/s/ Peter Kleidman
Plaintiff, pro se

Dated: July 17, 2023

ROB BONTA
Attorney General of California
By: /s/ Megan A.S. Richards
Megan A.S. Richards
Deputy Attorney General
*Attorneys for Defendants*
*Chief Justice Patricia Guerrero,*
*Administrative Presiding Justice Elwood G. Lui,*
*Administrative Presiding Justice Mary J. Greenwood*

---

[1] I attest that concurrence in the filing of this document has been obtained from the other signatory, which shall serve in lieu of their signature on this document

Stipulated Request to Amend Briefing Schedule - 2           4:22-cv-06355-HSG
Regarding Motion to Dismiss by Judicial Defendants

## DECLARATION OF PETER KLEIDMAN

1. The current deadline to file my opposition is tomorrow, July 18, 2023. I am requesting an additional two days because on Sunday, my elderly mother had to go to the emergency room and was admitted to the hospital. I am the only one in a position to make important health decisions for my mother, and she is incapable of making them for herself. I have been talking to personnel at the hospital extensively over the last two days.

2. As of now, I do not know how much time I will need to spend on my mother's health issues over the next two to three days.

3. I have a decent rough draft of my opposition, but it still requires a solid, full day's work to get adequately finalized. Since I am not sure how much time I will be able to spend on finishing up my opposition, I am therefore requesting two days' leeway. That way, even if I have to spend a substantial amount of time dealing with my mother's health issues, I can still find the time to finish my opposition.

4. The previous time modifications in this case are as follows. The Judicial Defendants and I have already stipulated to a briefing schedule of July 18, 2023 and August 11, 2023 for the opposition and reply, respectively. Dkt. #104. This stipulation, if approved would afford two and three extra calendar days, respectively.

5. I entered into stipulations with the other Defendants in this case, regarding the time to respond to the Complaint and First Amended Complaint, and modifying the briefing schedules related to the other Defendants' motions to dismiss, motion to declare me vexatious, and motion for Rule 11 sanctions. Dkts. #19, #21, #40, #47, #54, #65, #81. These three motions have already been fully briefed. There was also a motion to advance a hearing date from July 13, 2023 to June 15, 2023. Dkt. #91.

6. The requested time modification would have no substantive effect on the schedule for the case. The only impact would be adding two days to the deadline to oppose, and three days to the deadline to reply, but the hearing date on the motion to dismiss would remain that same at September 7, 2023, which would be 24 days after the reply would be filed on August 14, 2023.

I declare under penalty of perjury under the laws that the foregoing is true and correct. Executed this 17th day of July, 2023:

*[signature]*

Peter Kleidman

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 7/17/2023

*[signature]*
Hon. Haywood S. Gilliam, Jr.
Judge for the U.S. District Court,
Northern District of California