| | |
|---|---|
| 1 | ROB BONTA |
| | Attorney General of California |
| 2 | P. PATTY LI |
| | Supervising Deputy Attorney General |
| 3 | MEGAN A.S. RICHARDS |
| | Deputy Attorney General |
| 4 | State Bar No. 281307 |
| |   1300 I Street, Suite 125 |
| 5 |   P.O. Box 944255 |
| |   Sacramento, CA 94244-2550 |
| 6 |   Telephone:  (916) 210-7739 |
| |   Fax:  (916) 324-8835 |
| 7 |   E-mail:  Megan.Richards@doj.ca.gov |
| | *Attorneys for Defendants Patricia Guerrero, Chief* |
| 8 | *Justice of California; Elwood G. Lui, Administrative* |
| | *Presiding Justice of the California Court of Appeal,* |
| 9 | *Second Appellate District; and Mary J. Greenwood,* |
| | *Administrative Presiding Justice of the California* |
| 10 | *Court of Appeal, Sixth Appellate District* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PETER KLEIDMAN,** | 4:22-cv-06355-HSG |
| Plaintiff, | **STIPULATION AND ORDER REGARDING HEARING ON MOTION TO DISMISS (D.E. 101)** |
| v. | |
| **JONATHAN GASKIN, et al.,** | Date: September 7, 2023 |
| | Time: 2:00 p.m. |
| Defendants. | Dept: 2 |
| | Judge: The Honorable Haywood S. Gilliam, Jr. |

  Pursuant to Local Rules 7-1(b) and 7-12, Plaintiff Peter Kleidman, *pro se*, and Defendants Patricia Guerrero, Chief Justice of California; Elwood G. Lui, Administrative Presiding Justice of the California Court of Appeal, Second Appellate District; and Mary J. Greenwood, Administrative Presiding Justice of the California Court of Appeal, Sixth Appellate District (the "Judicial Defendants"), by and through their counsel in this matter, Deputy Attorney General Megan A.S. Richards, hereby stipulate and request that the Judicial Defendants' Motion to

Dismiss [D.E. 101] be decided on the papers without oral argument, unless the Court concludes that oral argument would be helpful to the resolution thereof.

NOW, THEREFORE, based on the foregoing, the parties hereby stipulate and move the Court for an order holding that the above-referenced motion will be determined without oral argument, on the papers, such that the September 7, 2023 hearing will not go forward as noticed.

IT IS SO STIPULATED, SUBJECT TO COURT APPROVAL.

Dated: August 21, 2023

By /s/ Peter Kleidman
Peter Kleidman, plaintiff, *pro se*

Dated: August 21, 2023

ROB BONTA
Attorney General of California

By /s/ Megan A. S. Richards[1]
MEGAN A.S. RICHARDS
Deputy Attorney General
*Attorneys for Defendants*
*Patricia Guerrero, Chief Justice of California; Elwood G. Lui, Administrative Presiding Justice of the California Court of Appeal, Second Appellate District; and Mary J. Greenwood, Administrative Presiding Justice of the California Court of Appeal, Sixth Appellate District*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:    8/21/2023

HON. HAYWOOD S. GILLIAM, JR.
Judge for the United States District Court,
Northern District of California

---

[1] The filing attorney certifies that the other signatory to this stipulation concurred in the filing of the document by electronic mail on August 18, 2023.