UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PETER KLEIDMAN,

    Plaintiff,

v.

BERNIE MURPHY, et al.,

    Defendants.

Case No. 22-cv-06355-HSG

**JUDGMENT**

Judgment is hereby entered consistent with the Court's Order Granting Motion to Dismiss and Motion to Deem Plaintiff a Vexatious Litigant and Denying Motion for Sanctions,

This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

Dated at Oakland, California, this 25th day of September, 2023.

Mark B. Busby
Clerk of Court

By: _____
Nikki D. Riley
Deputy Clerk to the Honorable
HAYWOOD S. GILLIAM, JR.